UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:24-cr-00155 |
| | ) | |
| | ) | JUDGE NEWBERN |
| PATRICK SCOTT | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING
AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Robert E. McGuire, Acting United States Attorney, and Juliet Aldridge, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…any felony…that involves the possession of or use of a firearm." 18 U.S.C. § 3142(f)(1)(A)-(E). The Indictment alleges the Defendant possessed a firearm in violation of 18 U.S.C. § 922(g)(1), which is a felony. Therefore, the Court should set a detention hearing based on the fact that, statutorily, the Government is entitled to one on their own motion in a case involving this offense.

The Government would submit that the Defendant was on bond for a similar offense at the time of the instant offense and possibly on probation. Defendant has numerous convictions including for a probation violation. The United States submits that the Defendant has previously ignored court ordered conditions and, therefore, the Court can have no confidence that the Defendant would abide by whatever condition or set of conditions this Court would order.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

By: /s/ Juliet Aldridge
JULIET ALDRIDGE
Assistant U.S. Attorney
110 9th Avenue South
Nashville, Tennessee 37203
Juliet.aldridge2@usdoj.gov